```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

SEAN W. LEE,

        Petitioner,

        v.

UNITED STATES OF AMERICA,

        Respondent.

Civil Action No. 09-3853 (NLH)

**O R D E R**
(CLOSED)

THIS MATTER having come before the Court by way of petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, on behalf of Petitioner Sean W. Lee, and for the reasons set forth in the Opinion filed herewith,

IT IS on this 29TH day of December, 2009,

ORDERED that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DISMISSED WITH PREJUDICE, for lack of subject matter jurisdiction; and it is further

ORDERED that Petitioner's applications for (1) in forma pauperis status (docket entry no. 1-1), (2) vacation of Void Judgment (docket entry no. 2), (3) a Writ of Default Summary Judgment (docket entry no. 3), (4) a Final Notice and Res Judicata and Certificate of Final Notice of Entry and Res Judicata,(docket entry nos. 4 and 5, respectively), (5) a Writ of Praecipe (docket entry no. 6), and (6) Refusal for Cause (docket entry no. 7), are DISMISSED as moot;

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail; and it is finally

ORDERED that the Clerk is directed to close the file accordingly without assessing any fees or costs.

     /s/ NOEL L. HILLMAN
NOEL L. HILLMAN
United States District Judge

At Camden, New Jersey